UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott Johnson,<br><br>        Plaintiff,<br><br>  v.<br><br>Esmail Rahimian, in his individual and representative capacity as Trustee -- Rahimian 2005 Family Revocable Living Trust; Parisa Rahimian, in her individual and representative capacity as Trustee -- Rahimian 2005 Family Revocable Living; Tiffany Le, an individual,<br><br>        Defendants. | No.  2:13-cv-01428-GEB-CMK<br><br>**ORDER CONTINUING STATUS PRETRIAL SCHEDULING) CONFERENCE** |

This action is not ready to be scheduled. Defendant Tiffany Le did not participate in preparing the Joint Status Report ("JSR") **untimely** filed on November 18, 2013,[1] and Plaintiff and Defendant Tiffany Lee filed a stipulation extending the time within which she must file a responsive pleading to December 19, 2013. Therefore, the Status (Pretrial Scheduling) Conference scheduled for hearing on November 25, 2013, is continued to January 21, 2014, at 9:00 a.m. A joint status report

---

[1] The future failure to timely file a joint status report may result in sanctions under Rule 16(f) of the Federal Rules of Civil Procedure and/or Local Rule 110.

1

shall be filed no later than fourteen (14) days prior to the Status Conference.

      IT IS SO ORDERED.

      Dated:  November 18, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge