UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

Plaintiff,

v.

ESMAIL RAHIMIAN, in his individual and representative capacity as Trustee—Rahimian 2005 Family Revocable Living Trust; PARISA RAHIMIAN, in her individual and representative capacity as Trustee—Rahimian 2005 Family Revocable Living Trust; TIFFANY LE, an individual,

Defendants.

No. 2:13-cv-01428-GEB-CKD

**ORDER DENYING DEFENDANTS ESMAIL AND PARISA RAHIMIAN'S DISMISSAL MOTION***

Defendants Esmail and Parisa Rahimian seek dismissal of Plaintiff's state claims alleged against them in Plaintiff's First Amended Complaint ("FAC"), arguing that because Plaintiff's sole federal claim upon which subject matter jurisdiction is based is not alleged against them, their motion should be granted. Plaintiff counters that supplemental federal jurisdiction exists "[b]ecause the state law claims against the Rahimians [are] part of the same case or controversy involved with the [referenced] federal claim." (Pl.'s Opp'n 2:2-4, ECF No.

* This matter is deemed suitable for decision without oral argument. E.D. Cal. R. 230(g).

18.)

The movants rejoin in their reply brief with a conclusory argument that was not included in their opening brief; specifically, that the Court should decline to exercise supplemental jurisdiction over the state claims alleged against them because of the nature of the case. However, a "district court need not consider arguments raised for the first time in a reply brief." Zamani v. Carnes, 491 F.3d 990, 996 (9th Cir. 2007). Therefore, this argument is disregarded.

Since the movants have not supported their motion with sufficient argument or authority, it is DENIED.

Dated: December 10, 2013

GARLAND E. BURRELL, JR.
Senior United States District Judge